# United States District Court
# Central District of California

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE M. SANCHEZ; MARIA B. SANCHEZ; and DOES 1–10,<br><br>    Defendants. | Case № 5:15-cv-01700-ODW (DTB)<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE MOTION FOR SUMMARY JUDGMENT** |

On September 16, 2016, Plaintiff Samuel Love moved for summary judgment on its claims against Defendants Jose M. Sanchez and Maria B. Sanchez under Federal Rule of Civil Procedure 56. The Motion was set for hearing on October 24, 2016. Under Local Rule 7-9, Defendants' opposition to the Motion was due on October 3, 2016. To date, the Court has not received any opposition.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The Court therefore **ORDERS** as follows:

(1) On or before **October 17, 2016**, Defendants shall either:

    (a) File and serve an opposition to the Motion; or

    (b) File a written explanation with the Court as to why the Court should not rule on the Motion without hearing opposition from Defendants.

(2) If Defendants file a timely opposition to the Motion, Plaintiff shall have **ten days** to file a Reply.

(3) The hearing on the Motion is continued to **November 7, 2016 at 1:30 p.m.** Pretrial dates are also continued as follows:

| Event | Date |
| --- | --- |
| Trial at 9:00a.m. | 12/13/16 (no change) |
| File Final Trial Exhibit Stipulation | 12/8/16 (no change) |
| Final Pretrial Conference at 1:30 p.m.; Hearing on Motions in Limine; Proposed Voir Dire Questions & Agreed-to Statement of Case | **12/5/16** |
| Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation; File Motions in Limine; File Trial briefs; File Contentions of Fact & Law; Exhibit & Witness Lists; File Status Report Regarding Settlement; File Agreed Upon Set of Instructions & Verdict Forms; File Joint Statement Regarding Disputed Instructions, Verdicts, etc. | **11/21/16** |
| Last Day for Hearing Motions | **11/7/16** |
| Last Date to Conduct Settlement Conference | No change |
| Discovery Cut-Off for *All* Discovery | No change |

2

| Last Date to Amend Pleadings or Add Parties | No change |
|---|---|

Finally, the Court advises Defendants to carefully review the Federal Rules of Civil Procedure, the Local Rules, and this Court's Case Management Order in preparing an opposition to Plaintiff's Motion, including Federal Rule 56 and Local Rule 56. The Court further advises Defendants that a Federal Pro Se Clinic is located in the United States Courthouse at 312 N. Spring Street, Room 525, Fifth Floor, Los Angeles, California 90012. The clinic is open for appointments on Mondays, Wednesdays, and Fridays from 9:30 a.m. to 12:00 p.m. and 2:00 p.m. to 4:00 p.m. The Federal Pro Se Clinic offers free, on-site information and guidance to individuals who are representing themselves in federal civil actions. For more information, Defendants may visit http://www.cacd.uscourts.gov and follow the link for "Pro Se Clinic—Los Angeles," or contact Public Counsel at 213–385–2977, extension 270. Defendants are encouraged to visit the clinic, or seek the advice of an attorney.

**IT IS SO ORDERED.**

October 6, 2016

_____
            **OTIS D. WRIGHT, II
    UNITED STATES DISTRICT JUDGE**