CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
Phyl Grace, Esq., SBN 171771
Christina Sosa, Esq. SBN 280048
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@PotterHandy.com
Attorneys for Plaintiff Samuel Love

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**,<br><br>                Plaintiff,<br><br>       v.<br><br>**Jose M. Sanchez;**<br>**Maria B. Sanchez**; and Does 1-10,<br><br>                Defendants. | ) Case No.: 5:15-CV-01700-ODW-DTB<br>)<br>) **NOTICE OF LODGING PLAINTIFF'S**<br>) **AMENDED PROPOSED FINDINGS OF**<br>) **FACT AND CONCLUSIONS OF LAW**<br>)<br>)<br>)  Final Pretrial Conference: December 19, 2016<br>) Time: 1:30 p.m.<br>)<br>)  Complaint Filed: August 24, 2015<br>) Trial Date: December 13, 2016<br>)<br>)<br>)  Honorable Judge Otis D. Wright, II<br>) |

        Please take notice that Plaintiff hereby lodges the Plaintiff's Amended Proposed Findings of Fact and Conclusions of Law

Dated: December 26, 2016          CENTER FOR DISABILITY ACCESS


                                  By: __/s/ Chris Carson_____

                                  CHRIS CARSON
                                  Attorneys for Plaintiff

1