UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 15-01700-ODW(DTBx) | Date | January 3, 2017 |
|---|---|---|---|
| Title | Samuel Love v. Jose M. Sanchez, et al. | | |

JS - 6

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Terri Hourigan |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Chris Carson | Kevin M Mahan |

**Proceedings:**     STATUS CONFERENCE RE BENCH TRIAL

Case called, appearances made. The Court confers with counsel as stated on the record.

The Court and counsel speak in chambers and off the record.

Later:
  Plaintiff fails to appear for the trial. The Court dismisses the case with prejudice as to both causes of action (Rule 41 (b). Each party to bear their own costs.

|  | : | 04 |
|---|---|---|
| Initials of Preparer | | se |